UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACK I. SUMMERS
502 PARK AVE -15A
NEW YORK, NY 10022

(In the space above enter the full name(s) of the plaintiff(s).)

**COMPLAINT**

-against-

TRUMP CORP/
TRUMP PARK AVE
725 FIFTH AVENUE
NEW YORK, NY 10022

RECEIVED JAN - 7 2016 PRO SE OFFICE

Jury Trial: ☒ Yes  ☐ No
(check one)

16 CV 0111

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  JACK I. SUMMERS
Street Address  502 PARK AVENUE
County, City  NEW YORK
State & Zip Code  NY  10022
Telephone Number  1 917 558 6812

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name  TRUMP CORP
Street Address  725 FIFTH AVENUE

Rev. 05/2010

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? _New York, NY_

B. What date and approximate time did the events giving rise to your claim(s) occur? _Nov 2015 – Jan 2016_

C. Facts: _Please see attached_

[What happened to you?]

_Brief Summary_

[Who did what?]

[Was anyone else involved?]

[Who else saw what happened?]

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

_ongoing financial burden caused by constant Trump litigation — mental harassment & deprived of proper legal protection in NY civil court — explained in supporting document_

Rev. 05/2010

V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Stop this order of eviction set to take place on January 12, 2016 — I will be homeless & lose whoever scant possession I have.

I have been harrassed & pisst upon by Trump & their attorneys.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7 day of January, 2016.

Signature of Plaintiff

Mailing Address   500 Park Avenue New York NY 10022

Telephone Number   917-578-6212

E-mail Number (if you have one)   ssboz(a)aol.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

Rev. 05/2010

Affidavit<br>In Support of Order to<br>Show Cause

Plaintiff/Petitioner

Jack Summers

Formerly DBA
Pegasus Enterprises Ltd
502 Park Avenue -Apt 15 A
New York, NY 10022

Undertenant

Blaise Cozzolino a/k/a Alexander:
Blaise

Against

Trump Corporation
Trump Park Avenue, LLC
         Landlord
725 Fifth Avenue
New York, NY 10022

---

I (Summers) am a Plaintiff/Petitioner tenant in the above-captioned action and I am fully familiar with the facts and circumstances set forth herein based on my personal knowledge.

Jack Summers formerly DBA as Pegasus Enterprises Ltd. is a military disabled veteran and will be 83 years old (July 2016).

1

The rent-stabilized apartment occupied by Summers has a rental, or condo sale value greatly in excess of the current rent stabilized (DRIE) rent. Trump would like to force Summers to vacate. Summers has lived in the same apartment for forty years when it was deemed a rent stabilized (J51) multi family residence.

Although Summers was willing to mutually resolve the problem the court ignored his pleas and defenses and Eviction Procedures were instituted.

Consideration should be given to the Rent Stabilized Harassment elements of 30 plus leaks and slow partial repairs since Trump took over the building that took more than 10 years to address. The ruling by Judge Davis for damaged property should be considered since no compensation was granted for the damages done. The frequency of lawsuits requiring attorneys was purposely instituted to force Summers into a difficult situation.

Summers was constantly at a disadvantage and could not exercise his Civil Rights because after several suits by Trump, Summers could no longer afford attorneys and had to act Pro-Se. In every instant the Trump attorney appeared be recognized by and have the advantage with the court. Based on all of the above, it has become apparent to Summers that Trump's plan is to get Summers out and sell the Apartment as a luxury condominium for millions of dollars.

Summers has been plagued and continuously harassed – over 30 damaging floods have inundated the apartment. Usually and until very recently, after considerable effort and

prodding by Summers only cosmetic repairs were done by Trump. The ongoing leak problem has caused recurring water and flood problems throughout the apartment.

Trump has continuously refused to compensate Summers for any damage to personal property and furnishings. Although they have attempted to correct the problem after so many years they have still left unsightly traps in the ceilings through out the apartment (Photos available if required) This evidences that TRUMP is not convinced that the flooding problem has been eliminated and will not recur.

Just recently the newest leak went untended for over six months until the court finally issued an order to repair. On the date the repairs were ordered no one showed up. A month later after the judge again issued an order the damage was finally repaired. But no penalty was assessed for the TRUMP lack of compliance with the court order. As a result of these flood/leak incidents, Summers has incurred in excess of $ 50,000 in damages to personal property.

In contradiction to the New York State Rent Stabilized Tenant Harassment Laws Summers has been sued and had to be in court with Trump so many times that Summers can no longer afford attorneys and is legally disadvantaged having to appear as Pro Se in Housing Court.

3

Trump has also refused to add Blaise Cozzolino (AKA Alexander Blaise) to the lease for the apartment. However they always include him as a respondent thereby recognizing that he is a 30-year resident that shares the apartment.

Michael Notaro, one of the outside architects who inspected the Apartment, set certain facts forth that the previous band-aid repair effort by Trump indicating that the recurring water seepage; multiple violations of the building code above my ceiling were caused by water problems evidenced by rusted and rotted steel above the ceiling.

Through the kind auspices of The New York Bar Association's Veteran's Assistance Service Summers has been given the free services of the Prestigious Piper Law firm to represented his claim a case with the Veterans Administration for amended military disability due for the total loss of vision in my left eye. This occurred during his tenure as a Lieutenant/Pilot in the US Air Force.

WHEREFORE, not able to have his defenses heard and his CIVIL RIGHTS for a fair trail violated, the Court should have denied the Trump request for a judgment and award. Summers based on the Rent Stabilized Tenant Harassment Factors should have been granted compensation, and such other and further relief as the Court deems just and proper.

The State Courts have not acted in the proper fashion to protect Summers and his rights for a fair impartial judicial hearing. It was obvious from the onset that the TRUMP

4

attorneys had a distinct advantage and Summers forced to represented himself PRO-SE should have prevailed.

A Warrant of Eviction and Marshall's notice have been obtained by TRUMP. June 12, 2016 is the date set for the eviction. An eviction would greatly damage the health of the already disabled 82-year-old Summers and prevent him from receiving the medications that are mailed to his apartment. His daughter lives in Los Angeles and he would have no place to live and go with his possessions. His medications that have to be taken daily are sent to this address.

Summers requests the above cited factors and unpaid compensation be considered and that the court issues a Stay of the Housing Court Judgment and Eviction order, vacate the judgment and order a new trial.

Jack Summers                                              January 7, 2016



Honorable Discharge from the Armed Forces of the United States of America

This is to certify that JACK I. SUMMERS, FV 302 67 77, CAPT., AFRes was Honorably Discharged from the United States Air Force. This certificate is awarded as a testimonial of Honest and Faithful Service

this 25th day of September 1967

James G. Ryan Jr.
Colonel, USAF



**DEPARTMENT OF VETERANS AFFAIRS**
**NEW YORK HARBOR HEALTHCARE SYSTEM**

In Reply Refer To:

December 14, 2015

To Whom it May Concern,

This letter is to verify that Mr. Jack Summers (0195) is a patient of mine at the New York Harbor Healthcare system for the past 2.5 years.

He is diagnosed with a service connected neck injury that creates almost daily cerviogenic headaches. He reports increased frequency and intensity of these headaches over the past year. He is currently followed by Neurology, who has recently referred him for Feldenkrais therapy to help manage these increasing headaches.

Sincerely,

*[signature]*

Michael Lin MD

MS # 202278

**Medical Centers**

Brooklyn Campus
800 Poly Place
Brooklyn, NY 11209
(718) 836-6600

New York Campus
423 E 23rd Street
New York, NY 10010
(212) 686-7500

**Primary & Extended Care Center**

St. Albans Campus
179th St. & Linden Blvd.
St. Albans, NY 11425
(718) 526-1000

**Healthcare Centers**

Chapel Street Center
40 Flatbush Avenue Ext.
8th Floor
Brooklyn, NY 11201
(718) 439-4300

Harlem Center
55 W. 125th Street
11th Floor
New York, NY 10027
(212) 828-5265

Staten Island Center
Southport Plaza
1150 South Avenue
3rd Floor – Suite 301
Staten Island, NY 10304
(718) 761-2973

```
Location: NY-CARDIOLOGY SMILOWITZ 09/15/2014        Printed: 09/14/2014 22:00
************** CONFIDENTIAL MED RECONCILIATION SUMMARY  pg. 1 **************
SUMMERS,JACK I       0195


------------------------- PSO2 - Recent Outpt Rx -------------------------


Allergies: NKA,
Adverse Reactions: _____


Active and Recently Expired Outpatient Medications (including Supplies):

        Active Outpatient Medications                   Status
    =========================================================================
    1)  ACETAMINOPHEN 500MG TAB TAKE ONE TABLET BY MOUTH    ACTIVE
          TWICE A DAY FOR PAIN OR FEVER
    2)  ASPIRIN 81MG CHEWABLE TAB CHEW ONE TABLET BY MOUTH  ACTIVE (S)
          DAILY AS BLOOD THINNER
    3)  BACITRACIN 500/POLYMX 10000/GM OPH OINT APPLY 1/4   ACTIVE
          INCH RIBBON TO LEFT EYE EVERY MORNING
    4)  CAPSAICIN 0.025% 60G/TUBE CREAM,TOPICAL APPLY SMALL ACTIVE
          AMOUNT EXTERNALLY TO AFFECTED AREAS TWICE A DAY FOR
          30 DAYS FOR PAIN
    5)  CHOLECALCIFEROL (VIT D3) 1,000UNIT TAB TAKE ONE     ACTIVE (S)
          TABLET BY MOUTH TWICE A DAY
    6)  DORZOLAMIDE 22.3/TIMOLOL6.8MG/ML OPH SOL INSTILL 1  ACTIVE
          DROP IN LEFT EYE TWICE A DAY FOR GLAUCOMA (GENERIC
          COSOPT)
    7)  FLUTICASONE PROP  50MCG 120D INHL,NASAL INSTILL 1   ACTIVE
          PUFF IN EACH NOSTRIL EVERY MORNING
    8)  HYPROMELLOSE (TEARGEN II) 0.4% SOLN,OPH INSTILL 1   ACTIVE
          DROP IN EACH EYE FOUR TIMES A DAY AS NEEDED FOR DRY
          EYES
    9)  ISOSORBIDE MONONITRATE 60MG SA TAB TAKE ONE TABLET BY ACTIVE
          MOUTH DAILY FOR HEART
   10)  LEVOTHYROXINE NA 0.112MG=112MCG TAB TAKE ONE TABLET ACTIVE
          BY MOUTH EVERY MORNING (7A) FOR THYROID DEFICIENCY
   11)  LISINOPRIL  5MG TAB TAKE ONE TABLET BY MOUTH DAILY  ACTIVE
          FOR BLOOD PRESSURE AND HEART/KIDNEY PROTECTION
   12)  METOPROLOL SUCCINATE 50MG SA TAB TAKE THREE TABLETS ACTIVE
          BY MOUTH DAILY FOR HEART
   13)  OMEPRAZOLE 20MG EC CAP TAKE TWO CAPSULES BY MOUTH   ACTIVE
          TWICE A DAY FOR STOMACH ACID
   14)  SIMVASTATIN 40MG TAB TAKE ONE TABLET BY MOUTH AT    ACTIVE
          BED-TIME DAILY FOR CHOLESTEROL (AVOID GRAPEFRUIT
          PRODUCTS)
   15)  SODIUM CHLORIDE 5% 3.5G OINT,OPH APPLY 1/4 INCH     ACTIVE
          RIBBON TO LEFT EYE AT BED-TIME DAILY


        Inactive Outpatient Medications                 Status
    =========================================================================
    1)  CARBAMIDE PEROXIDE 6.5% 15ML SOLN,OTIC INSTILL 5    EXPIRED
          DROPS IN LEFT EAR TWICE A DAY FOR SEVEN DAYS
    2)  DM/GUAIFENESIN 10/100MG/5ML (SF) LIQ TAKE 2         EXPIRED
          TEASPOONFULS BY MOUTH THREE TIMES A DAY AS NEEDED
          FOR COUGH
    3)  LEVOTHYROXINE NA 0.15MG=150MCG TAB TAKE ONE TABLET BY EXPIRED
```

*(handwritten annotation with arrow from item 14: "Atorvastatin")*

**Department of
Veterans Affairs**

**245 W HOUSTON ST
NEW YORK NY 10014**

83   October 5, 2015

In Reply Refer To:

JACK I SUMMERS
502 PARK AVE APT 15A
NEW YORK NY   10022

File Number:
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
PAYEE NO 00
J I SUMME

We are still processing your application for COMPENSATION. We apologize for the delay. You will be notified upon completion of processing. If you need to contact us, be sure to show the file number and full name of the veteran.

If your mailing address is different than that shown above, please advise us of your new mailing address. You should notify us immediately of any changes in your mailing address.

If you reside in the Continental United States, Alaska, Hawaii, Guam, the Northern Marianas, or Puerto Rico, you may contact VA with questions and receive free help by calling our toll-free number 1-800-827-1000 (for hearing impaired TDD 1-800-829-4833). From American Samoa you may dial toll free 684-699-3730.

Note: TDD phone number 1-800-829-4833 does not work for callers residing in Guam and the Northern Marianas.

J. CORRETJER

VETERANS SERVICE CENTER MANAGER

VA FORM
JAN 1990

20-8992