UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Jack I. Summers_

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

_Trump Corp / Trump Roll Ave_
_725 Fifth Ave_
_New York, NY 13022_

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

RECEIVED
JAN - 7 2016
PRO SE OFFICE

**ORDER TO SHOW CAUSE
FOR PRELIMINARY
INJUNCTION AND TEMPORARY
RESTRAINING ORDER**

_____ Civ. _____ (    )

# 16CV0111

Upon the affirmation of _Jack I. Summers_, sworn to the _7_
day of _January_, 20_16_, and upon the copy of the complaint hereto annexed, it is

**ORDERED**, that the above named defendant(s) show cause before a motion term of this
Court, at Room _____, United States District Court for the Southern District of New York, Daniel
Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City, County and State of New
York on the _____ day of _____, 20___, at _____ o'clock in the _____ noon thereof,
or as soon thereafter as the parties may be heard, why an order should not be issued pursuant to Rule
65 of the Federal Rules of Civil Procedure enjoining the defendant(s) during the pendency of this
action from _____

_Vacating a New York Civil Court Judgement_
_of Eviction — A stay of this Order is_
_Requested_

_____; and it is further

**ORDERED**, that sufficient reason having been shown, therefore, pending the hearing
of plaintiff's application for a preliminary injunction, pursuant to Rule 65 of the Federal Rules
of Civil Procedure the defendant(s) are temporarily restrained and enjoined from _____

_____

_____

_____; and it is further

**ORDERED**, that security in the amount of $ _____ be posted by the
plaintiff prior to _____ ____, 20___ at _____ o'clock in the _____noon and it is
further

1

**ORDERED**, that personal service of a copy of this order and annexed affirmation upon the defendant(s) or his counsel on or before _____ o'clock in the _____ noon, on the _____ day of _____, 20___, shall be deemed good and sufficient service thereof.


DATED:_____

      New York, New York

                                   _____

                                     United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Jack I. Summers_

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

_Trump Corp / Trump Park Ave_
_725 Fifth Avenue_
_New York, NY 10022_

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

**AFFIRMATION**

___ Civ. _____ (   )(   )

I, _Jack I. Summers_ as plaintiff in the above entitled action, respectfully move this Court to order defendant(s) to show cause why they should not be enjoined from/to ___ _Eviction from Apartment_ _____until a final disposition on the merits in the above entitled action.

Unless this order is issued, I will suffer immediate and irreparable injury, loss and damage in that _I a 87 year old - Vetran with Several Military Related Illness including Cardiogenic Hearach Spinal Problems + entire loss of Vision in Left eye will suffer_. As can be seen from the foregoing, I have no adequate remedy at law. No prior request has been made for the relief requested herein.

WHEREFORE, I respectfully request that the court grant the within relief as well as such other and further relief that may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _January 7_ ___, 20_16_
_New York_, _NY_
(town/city)       (state)

Signature

_808 Park Ave_
Address
_New York NY_
City, State
_10022_
Zip Code
_917 558 6212_
Telephone or Cell phone number

Rev. 05/2010

1